THOMAS N. STEWART, III - #88128
ATTORNEY AT LAW
369 BLUE OAK LANE, 2nd FLOOR
CLAYTON, CA 94517
TELEPHONE (925) 672-8452
TELEFAX (925) 673-1729

Attorneys for Lenard Scott

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LENARD SCOTT, | No. 2:07-cv-00908-MCE-EFB |
| Plaintiff, | |
| v. | **STIPULATION FOR DISMISSAL; ORDER** |
| MOISES C. SANTANA, as Trustee of the Moises C. Santana Trust, | |
| Defendant. | |
| AND RELATED CROSS-ACTION. | |

The Plaintiff and Moises C. Santana, as Trustee of the Moises C. Santana Trust (Santana), stipulate as follows:

Plaintiff and Santana have reached a full and final settlement of all issues in this action. A Settlement Agreement between them has been fully executed.

Some parts of the Settlement Agreement are to be performed in the future. Plaintiff and Santana shall comply with their Settlement Agreement, a copy of which is incorporated by reference as if fully set forth. Plaintiff and Santana request the Court to retain jurisdiction for three years from the date hereof in order to enforce the terms of the Settlement Agreement under the authority of *Kokkonen v. Guardian Life Insurance Co. Of America,* 511 U.S. 375, 381-82 (1994).

1

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| 1 | Although Plaintiff and Santana are hereby dismissing the Complaint with prejudice, they agree that the Court will retain jurisdiction over the Complaint in this Action and Plaintiff and Santana hereto in order to be able to enforce the terms of the Settlement Agreement. |

    Although Plaintiff and Santana are hereby dismissing the Complaint with prejudice, they agree that the Court will retain jurisdiction over the Complaint in this Action and Plaintiff and Santana hereto in order to be able to enforce the terms of the Settlement Agreement.

    IT IS HEREBY STIPULATED by and between Plaintiff and Santana through their designated counsel that the Complaint be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(2), and the Court retains jurisdiction to enforce the terms of the Settlement Agreement for three years after the date hereof.

    There is a Cross-claim by Santana which is not affected by this Dismissal.

Date:  August 21, 2008                    Date:  August 25, 2008

S/Stephen J. Greene, Jr.,                S/Thomas N. Stewart, III,
Attorney for Santana                    Attorney for Plaintiff

    IT IS SO ORDERED:

Dated:  August 26, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com